# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORRES, | NO. CV 18-9469-JVS (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 15, 2018

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE