JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORRES, | ) NO. CV 18-9469 JVS (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| SCOTT FRAUENHEIM, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 18, 2023

_____
JAMES V. SELNA
SENIOR UNITED STATES DISTRICT JUDGE